IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                           **CRIMINAL ACTION NO. 2:09CR164-P-S**

**WILLIAM DONALD DUNN,**                                    **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's February 17, 2010 Motion for Continuance [17]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for March 1, 2010. Defense counsel requests a continuance to afford more time to meet with the defendant, complete inspection of discovery material, prepare any necessary pretrial motions, and to engage in plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from March 1, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's February 17, 2010 Motion for Continuance [17] is **GRANTED**;

(2) Trial of this matter is continued until Monday, April 5, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from March 1, 2010 to April 5, 2010 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is March 15, 2010; and

(5) The deadline for submitting a plea agreement is March 22, 2010.

**SO ORDERED** this the 18th day of February, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE